IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.	4:95cr4027-WS

TRAVIS THURSTON,

      Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 356) docketed October 21, 2005. The magistrate judge recommends that the defendant's Rule 60(b)(4) motion to vacate judgment be summarily denied. The defendant has filed objections (doc. 357) to the report and recommendation.

Upon review of the record in light of the defendant's objections, the court has determined that the magistrate judge's report and recommendation must be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 356) is adopted and incorporated by reference in this order of the court.

2. The defendant's Rule 60(b)(4) motion to vacate judgment (doc. 355) is DENIED.

3.  The clerk shall enter judgment accordingly.

DONE AND ORDERED this December 1, 2005.


      /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE